UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81489-CIV-SINGHAL/McCabe

JAMES FISHER,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon a Report and Recommendation (DE [32]) recommending that the Court grant Defendant's Motion for Summary Judgment (DE [31]) and affirm the decision of the Administrative Law Judge. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [32]) is **AFFIRMED** and **ADOPTED**.

2. The Defendant's Motion for Summary Judgment (DE [31]) is **GRANTED**.

3. The Administrative Law Judge's Decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF